POLELLE
1102 Ben Franklin Drive
Unit 511
Sarasota, Florida 34236

CLERK'S OFFICE
SAM M. Gibbons V-S. Courthouse
801 N. FLORIDA AVENUE
TAMPA, FLORIDA 33602

SCREENED
BY USMS



1000

33602

U.S. POSTAGE PAID
FCM LG ENV
SARASOTA, FL
34230
JUL 18, 22
AMOUNT

$2.16

R2305H129880-04

