UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL POLELLE,

    Plaintiff,

v.                                                                CASE NO. 8:22-cv-1301-SDM-AAS

CORD BYRD, et al.,

    Defendants.
_____/

## ORDER

To certify compliance with Local Rule 3.01(g), the defendants amend (Docs. 12, 13) their respective motions to dismiss. The earlier motions (Docs. 8, 9) to dismiss are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on July 18, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE